UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DYLAN BEARD,

     Plaintiff,

                                       Case No. 2:22-cv-5

v.

                                       HONORABLE PAUL L. MALONEY

CONNIE HORTON, et al.,

     Defendants.

_____/

## **JUDGMENT**

     In accordance with the Order entered on this date:

     **IT IS HEREBY ORDERED** that Judgment enters.

Dated:  November 7, 2022                         /s/  Paul L. Maloney
                                              Paul L. Maloney
                                            United States District Judge